

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

04-24-00136-CV

**IN RE** Abelardo G. **GONZALEZ**

Original Proceeding[1]

PER CURIAM

Sitting:    Luz Elena D. Chapa, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: May 15, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On February 26, 2024, relator filed a petition for a writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020CVG001103D1, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jack W. Pulcher presiding.